# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | U.S. vs. Villa Nueva | FOR ND IL AT | |

DOCKET NUMBERS
07 CR 300-1
Magistrate: 07 CR 300-1
District Court:
Court of Appeals:

PERSON REPRESENTED (Show your full name): Robert Villa Nueva
1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other — Removal

CHARGE/OFFENSE (describe if applicable & check box →): 18 USC §1341 (Removal Hearing)

FILED MAY 14 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: Paramount Staffing - Chicago
- IF YES, how much do you earn per month? $ 2200 not
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 1150 not
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $350 SOURCES Rent

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ 1600

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE equity 35,000 / 1200 ; DESCRIPTION 839 N. Fordham Ave - Aurora / 401(k)

## DEPENDENTS

- MARITAL STATUS: ☑ MARRIED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: spouse; ___ 6 yrs

## OBLIGATIONS & DEBTS

| DEBTS & MONTHLY BILLS | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | | MISC. | $ | $ 3400.00 approx. |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/14/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]