

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



**MICHAEL W. DOBBINS**
CLERK

May 18, 2007

Mr. Robert C. Heinemann
Clerk
United States District Court
119S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

RE: U.S.A. vs. Robert Villanueva and Epifanio Villanueva
Our Case No: 07 cr 300 -1,2

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

( x) Docket Sheet      ( )Temporary Commitment

( x) Affidavit in Removal Proceedings      ( ) Final Commitment

( x) Financial Affidavit      ( x) Order of Removal

( x) Order appointing counsel      ( x) Order setting conditions of release

( ) CJA 20 Form      ( ) Detention Order

( x) Appearance form      ( x) Appearance Bond

( ) Other      ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: *Ellenore Duff*

Ellenore Duff, Deputy Clerk